DRINKER BIDDLE & REATH LLP
500 Campus Drive
Florham Park, New Jersey 07932
(973) 360-1100
Attorneys for Plaintiffs, Pfizer Inc.,
Warner-Lambert Company LLC
and Gödecke GmbH

CONNELL FOLEY LLP
85 Livingston Avenue
Roseland, New Jersey 07068
(973) 535-0500
Attorneys for Defendants, Watson
Pharmaceuticals, Inc., Watson
Laboratories, Inc., Watson Pharma,
Inc. and Danbury Pharmacal, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re Gabapentin Patent Litigation | MDL No. 1384 |
| PFIZER INC., WARNER-LAMBERT COMPANY, LLC, and GÖDECKE GmbH, <br><br>  Plaintiffs, <br><br> v. <br><br> WATSON PHARMACEUTICALS, INC., WATSON LABORATORIES, INC., WATSON PHARMA, INC. and DANBURY PHARMACAL, INC., <br><br>  Defendants. | Honorable Faith S. Hochberg, U.S.D.J. <br> Honorable Patty Shwartz, U.S.M.J. <br><br> This Filing Relates Solely To: <br><br> Civil Action No. 04-CV-04789 (FSH) |

## ORDER OF VOLUNTARY DISMISSAL

Before the Court is the Joint Stipulation of Voluntary Dismissal by the parties, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) agreeing that the above-captioned litigation be voluntarily dismissed with prejudice and without costs or attorneys' fees.

Accordingly, it is on this 20th of February, 2008,

ORDERED that:

1. This action, including all claims and counterclaims, is voluntarily dismissed with prejudice; and

2. Each party shall bear its own costs and attorneys' fees.

SO ORDERED:

_____
Honorable Faith S. Hochberg, U.S.D.J.